# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 07CR0159 JAH    (PLC) |
| Plaintiff, ) | |
| v. ) | ORDER QUASHING SUBPOENA |
| OSCAR LARIOS-OROZCO, ) | |
| Defendants. ) | |

    This matter having come before the Court upon the Government's motion to quash subpoena;

    IT IS HEREBY ORDERED that the Government's motion to quash subpoena issued to United States Immigration and Customs Enforcement Agent Christensen is GRANTED.

DATED: August 14, 2007

*/s/ John A. Houston*

HON. JOHN A. HOUSTON
United States District Judge