PS 8
(8/88)

**FILED**

OCT - 3 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___CF___ DEPUTY

# United States District Court

for

## SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. LARIOS-OROZCO, OSCAR

Register #00378-298                                              Docket No. 07CR0159JAH-001

### Petition for Action on Conditions of Pretrial Release

Comes now Arturo Montano Pretrial Services Officer presenting an official report upon the conduct of defendant Oscar Larios-Orozco who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at El Centro, on the 12th day of January, 2007, under the following conditions:

**General Conditions:** Not commit a federal, state, or local crime during the period of release and make all court appearances.

**Special Conditions:** Restrict travel to Southern and Central Districts of California; do not enter Mexico; report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and actively seek and maintain full-time employment, schooling, or combination both.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Condition Violated:** Not commit a federal, state, or local crime during the period of release.

1.      On September 7, 2007, the defendant violated California Vehicle Code 2800.1(A), Misdemeanor Evading a Peace Officer.

**Grounds For Violation:** I have received and reviewed the arrest report (#170712997) from the San Bernardino Sheriff's Office which confirms the defendant was arrested on September 7, 2007, for violation of California Vehicle Code 2800.2, Felony Failure to Yield. The defendant subsequently pled guilty to California Vehicle Code 2800.1(A), Misdemeanor Evading a Peace Officer at the Victorville Superior Court.

PRAYING THAT THE COURT WILL ISSUE A NO BAIL WARRANT FOR THE DEFENDANT'S ARREST AND BRING HIM BEFORE THE COURT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.

ORDER OF COURT

Considered and ordered this ___3rd___ day of October, 2007, and ordered filed and made a part of the records in the above case.

_____
Peter C. Lewis, U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _October 2, 2007_

Respectfully, _____

Arturo Montano, U.S. Pretrial Services Officer com

Place    _El Centro, California_

Date    _October 2, 2007_